UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE FRALIX,<br><br>           Plaintiff,<br><br>    v.<br><br>23ANDME, INC.,<br><br>           Defendant. | Case No.  23-cv-05439-SVK<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Edward M. Chen for consideration of whether the case is related to 23-cv-5147-EMC *Santana v. 23andMe*.

**SO ORDERED.**

Dated: November 20, 2023

_____
SUSAN VAN KEULEN
United States Magistrate Judge